IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS BRILLIANT,<br>16754 Willow Creek Drive<br>Delray Beach, FL 33484<br><br>and<br><br>MICHAEL A. FANELLI,<br>3267 Greentree Circle<br>Medina, OH 44256-5919<br><br>and<br><br>JOHN E. GLENN,<br>2012 South Federal Highway<br>#F407<br>Boynton Beach, FL 33435<br><br>and<br><br>BESSIE HEYMAN and SUSAN NICK,<br>As representative of the<br>ESTATE OF JESSE HEYMAN,<br>1411 S.W. 27th Street, CB 57<br>Delray Beach, FL 33445<br><br>and<br><br>MIKLOS HORVATH,<br>974 Southwest 9th Terrace<br>Boca Raton, FL 33486<br><br>and<br><br>JOHN SHERAN, SR.,<br>P.O. Box 1564<br>Newberry, FL 32669<br><br>and<br><br>MARK S. SIMECKI,<br>1416 Potthast Drive<br>New Braunfels, TX 71830 | Case: 1:08-cv-00583<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 4/4/2008<br>Description: PI/Malpractice |

|  |  |
|---|---|
| and | ) |
|  | ) |
| ANN THOMAS, | ) |
| As representative of the | ) |
| ESTATE OF JOHN L. THOMAS, JR., | ) |
| 103 Mound Terrace | ) |
| Thaxton, VA 24174 | ) |
|  | ) |
| and | ) |
|  | ) |
| STANLEY E. TWOMEY, | ) |
| 3917 Northwest 88th Terrace | ) |
| Cooper City, FL 33024 | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| MEDTRONIC, INC., | ) |
| 710 Medtronic Parkway, | ) |
| Minneapolis, MN, 55432, | ) |
|  | ) |
| Defendant. | ) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant Medtronic, Inc. ("Medtronic"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Medtronic which have any outstanding securities in the hands of the public.

Medtronic, Inc. is a publicly held company and has no corporate parent. No other publicly held company owns 10% or more of its stock..

These representations are made in order that judges of this court may determine the need for recusal.

DATED: April 4, 2008

Respectfully submitted,

Attorney of Record for Defendant,
MEDTRONIC, INC.

By: _____
      David M. Gossett

Michael E. Lackey, Jr.
David M. Gossett
Mayer Brown LLP
1909 K Street, Northwest
Washington, D.C. 20006-1101
mlackey@mayerbrown.com
dgossett@mayerbrown.com
(202) 263-3000 (t)
(202) 263-3300 (f)

*Attorneys for Defendant*
*Medtronic, Inc.*

## CERTIFICATE OF SERVICE

I, David M. Gossett, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia to be served by sending the same by facsimile and U.S. mail, postage prepaid, on April 4, 2008, addressed to the following:

>   Aaron M. Levine
>   Brandon J. Levine
>   Renee L. Robinson-Meyer
>   Steven J. Lewis
>   Benjamin J. Cooper
>   1320 19th Street, N.W., Suite 500
>   Washington, D.C. 20036
>   Fax: (202) 833-8046

_____
David M. Gossett