## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LOUIS BRILLIANT,                                        )
16754 Willow Creek Drive                                )
Delray Beach, FL 33484                                  )
                                                        )
        and                                             )
                                                        )
MICHAEL A. FANELLI,                                     )
3267 Greentree Circle                                   )
Medina, OH 44256-5919                                   )
                                                        )
        and                                             )
                                                        )
JOHN E. GLENN,                                          )
2012 South Federal Highway                              )
#F407                                                   )
Boynton Beach, FL 33435                                 )
                                                        )
        and                                             )
                                                        )
BESSIE HEYMAN and SUSAN NICK,                           )
As representative of the                                )
ESTATE OF JESSE HEYMAN,                                 )
1411 S.W. 27th Street, CB 57                            )
Delray Beach, FL 33445                                  )
                                                        )
        and                                             )
                                                        )
MIKLOS HORVATH,                                         )
974 Southwest 9th Terrace                               )
Boca Raton, FL 33486                                    )
                                                        )
        and                                             )
                                                        )
JOHN SHERAN, SR.,                                       )
P.O. Box 1564                                           )
Newberry, FL 32669                                      )
                                                        )
        and                                             )
                                                        )
MARK S. SIMECKI,                                        )
1416 Potthast Drive                                     )
New Braunfels, TX 71830                                 )
                                                        )

Case: 1:08-cv-00583
Assigned To : Lamberth, Royce C.
Assign. Date : 4/4/2008
Description: PI/Malpractice

and                                      )
                                         )
ANN THOMAS,                              )
As representative of the                 )
ESTATE OF JOHN L. THOMAS, JR.,           )
103 Mound Terrace                        )
Thaxton, VA 24174                        )
                                         )
           and                           )
                                         )
STANLEY E. TWOMEY,                       )
3917 Northwest 88th Terrace              )
Cooper City, FL 33024                    )
                                         )
            Plaintiffs,                   )
                                         )
v.                                       )
                                         )
MEDTRONIC, INC.,                         )
710 Medtronic Parkway,                   )
Minneapolis, MN, 55432,                  )
                                         )
            Defendant.                    )

## DEFENDANT MEDTRONIC, INC.'S DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc.

hereby demands a jury trial on all issues in the above-entitled matter.

DATED: April 4, 2008                    Respectfully submitted,


MEDTRONIC, INC.

By: _____
         One of its Attorneys

Michael E. Lackey, Jr.
David M. Gossett
Mayer Brown LLP
1909 K Street, Northwest
Washington, D.C. 20006-1101
mlackey@mayerbrown.com
dgossett@mayerbrown.com
(202) 263-3000 (t)
(202) 263-3300 (f)

*Attorneys for Defendant
Medtronic, Inc.*

## CERTIFICATE OF SERVICE

I, David M. Gossett, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Demand for Jury Trial to be served by sending the same by facsimile and U.S. mail, postage prepaid, on April 4, 2008, addressed to the following:

> Aaron M. Levine
> Brandon J. Levine
> Renee L. Robinson-Meyer
> Steven J. Lewis
> Benjamin J. Cooper
> 1320 19th Street, N.W., Suite 500
> Washington, D.C. 20036
> Fax: (202) 833-8046

David M. Gossett