IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS BRILLIANT, et al.,** | ] |
| **Plaintiffs,** | ] |
| v. | ] Civil Action No.: 08-cv-0583 (RCL) |
| | ] Next Event: |
| **MEDTRONIC, INC.,** | ] |
| **Defendant.** | ] |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, LOUIS BRILLIANT, MICHAEL A. FANELLI, JOHN E. GLENN, BESSIE HEYMAN AND SUSAN NICK, as representatives of the ESTATE OF JESSE HEYMAN, MIKLOS HORVATH, JOHN SHERAN, SR., MARK S. SIMECKI, ANNE THOMAS as representative of the ESTATE OF JOHN L. THOMAS, JR., and STANLEY E. TWOMEY, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


  /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046
E-Mail: aaronlevinelaw@aol.com