**FILED**

APR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Louis Brilliant, Michael A. Fanelli, John E. Glenn, Bessie Heyman, Susan Nick, Miklos Horvath, John Sheran, Sr., Mark S. Simecki, Anne Thomas representative of Eastate of John L. Thomas, Jr. and Stanley E. Twomey )

        Plaintiff(s)    )

)

vs.    )

Medtronic, Inc.    )

        Defendant(s)    )

**APPEARANCE**

Case: 1:08-cv-00583
Assigned To : Lamberth, Royce C.
Assign. Date : 4/4/2008
Description: PI/Malpractice

To the Clerk of this court and all parties of record:

Please enter the appearance of   David M. Gossett   as counsel in this
                              (Attorney's Name)

case for:   Medtronic, Inc.
            (Name of party or parties)

___4/4/08___
Date

___(signature)___
Signature

D.C. Bar and D.D.C. Bar No. 468390
BAR IDENTIFICATION

David M. Gossett
Print Name

Mayer Brown LLP. 1909 K Street NW
Address

Washington, DC    20006
City   State   Zip Code

(202) 263-3000
Phone Number

5