

| | Katherine Snuffer/DCD/DC/USCOURTS<br>06/02/2008 07:10 AM | To | Teresa Gumiel/DCD/DC/USCOURTS@USCOURTS |
|---|---|---|---|
| | | cc | |
| | | bcc | |
| | | Subject | Fw: MDL 1905 - Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation - CTO 8 |

----- Forwarded by Nancy Mayer-Whittington/DCD/DC/USCOURTS on 05/29/2008 02:51 PM -----



| | Mary Kaye Conery/MND/08/USCOURTS<br>05/28/2008 04:46 PM | To | Nancy Mayer-Whittington/DCD/DC/USCOURTS@USCOURTS |
|---|---|---|---|
| | | cc | PANELMDL/DCA/JPML/USCOURTS@USCOURTS |
| | | Subject | Re: MDL 1905 - Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation - CTO 8 |

Re: MDL 1905 - Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation - CTO 8

**Transfer of Civil Cases**
Louis Brilliant  v. Medtronic, Inc., C.A. No. 1 :08-583     MN No. <u>08-1442 RHK/JSM</u>

Attached is a certified copy of the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the District of Minnesota pursuant to 28 U.S.C. § 1407.   Senior Judge Richard H. Kyle is presiding over this litigation.

When the case(s) have been closed in your District please follow these procedures:
    1. Initiate the civil case transfer functionality in CM/ECF:  **Extract Civil Case**
    2. When prompted to select the Court choose **Minnesota**.
    3. In Remarks, please indicate who the contact person is in your court regarding this case.

    **Please Note**:  After competing this process the NEF screen will display the following message:  Sending e-mail to InterdistrictTransfer <u>MND@mnd.uscourts.gov.</u> <u>If the message is not displayed we have not received notice.</u>

We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality please contact the clerks at the following email addresses and documents will be retrieved using the courts pacer account:

<u>Mary_Kaye_Conery@mnd.uscourts.gov</u>
<u>Vickie Moralez@mnd.uscourts.gov</u>

If you have any questions, please call Mary Kaye Conery at 612-664-5004.

Mary Kaye Conery
Civil Supervisor


CTO-8.pdf